STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

## NOT  DESIGNATED  FOR  PUBLICATION

Keely Yoes Scott
Crawford & Lewis
P. O. Box 3656
Baton Rouge LA 70821

Mary E. Colvin
Crawford Lewis, PLLC
P. O. Box 3656
Baton Rouge LA 70821-3656

**REHEARING ACTION: June 19, 2013**

**Docket Number: 12   01468-CA**

**JOYCE GORMAN
VERSUS
CITY OF OPELOUSAS, ET AL.**

**Appealed from St. Landry Parish Case No. 10-C-4849-D**

**BEFORE JUDGES:**

Hon. Elizabeth A. Pickett
Hon. Billy Howard Ezell
Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing, the motion for rehearing en banc, and the request for oral argument filed

by **Lexington Insurance Company** have this day been

**DENIED.**

cc: Pride Justin Doran, Counsel for the Appellant
    James Steven Gates, Counsel for the Appellant
    Marcus Anthony Allen, Sr., Counsel for the Appellee